IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

CASE NO. 09-08760 SEK

MAGALI FEBLES MORETA

Chapter 11

XXX-XX-0230

**FILED & ENTERED ON 05/20/2010**

Debtor(s)

ORDER

Debtor's opposition to motion requesting dismissal filed by creditor Aloma and Debtor's request for an extension of time of forty five (45) days to file disclosure statement and reorganization plan filed on 05/12/2010 (Docket No. 77) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this May 20, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
MARIA MERCEDES FIGUEROA Y MORGADE