IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-08760 SEK

MAGALI FEBLES MORETA

Chapter 11

XXX-XX-0230

**FILED & ENTERED ON 07/28/2010**

Debtor(s)

## ORDER DISMISSING CASE

We hereby grant Debtors in possession's voluntary dismissal of this case. Consequently, all pending matters are moot and the Clerk shall notify this order, close all proceedings, vacate any hearing date and close this case.

**SO ORDERED.**

San Juan, Puerto Rico, this 28 day of July, 2010.

*[signature]*

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge